# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOHNNY L. JENKINS**                                                      **PLAINTIFF**

       v.       Civil No. 07-5073

**RADISSON HOTEL**                                                         **DEFENDANT**

## O R D E R

Now on this 7th day of August, 2008, comes on for consideration plaintiff's **Motion For Reconsideration of Defendant Summary Judgement** (document #30), to which there has been no response, and from said motion, the Court finds and orders as follows:

1.   Plaintiff brought suit against the defendant, alleging age and race discrimination, wrongful termination, racial profiling, slander, and conspiracy.  Summary judgment in favor of defendant was granted by Order dated February 26, 2008. Plaintiff now contends that the Court should reconsider its ruling.

2.   The first reason advanced for reconsideration is that two of plaintiff's witness statements -- disregarded by the Court because they were unsworn -- should be accepted because they were notarized.   This is not a sufficient basis to reconsider. Notarization of a document is  some evidence that it was signed by the person claiming to have signed it, but it does not elevate the document to the status of a sworn statement.

3.   Plaintiff also suggests that reconsideration is appropriate because defendant alleged in its Motion For Summary Judgment that he was late 30 times, but produced evidence of only

19 times he was late.  He contends this shows defendants "are not telling the truth."

The Court is not persuaded.  Allegations are not evidence. The evidence showed plaintiff was late repeatedly, and plaintiff did not rebut this evidence.

4.  Finally plaintiff points out that certain documents, known as "work schedules," were not attached to the Motion For Summary Judgment.  Defendant stated that it was unable to locate some of the relevant work schedules, but filed an Amended Motion For Summary Judgment (document #25) to which other work schedules were attached.  Plaintiff claims he did not receive these work schedules.

This claim does not justify reconsideration. The Certificate of Service attached to document #25 reflects that plaintiff was served with a copy, and the motion now under consideration indicates that he received it.  If the attachments did not accompany it, the time to raise that issue was when it was received.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion For Reconsideration of Defendant Summary Judgement** (document #30) is **denied.**

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**